[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

In re: Devon Cetera Middlebrooks aka Devon Little Middlebrooks      Case No. 19-21863-D
Debtor(s)                                                            Chapter 13
_____

CHAPTER 13 PLAN
_____

Address: 3326 East Monticello Circle
        Memphis, Tn 38115
Plan Payment: Debtor shall pay $94.00 per semi monthly beginning March 15, 2019, by:
Payroll Deduction: Raymond James & Associates Inc.
          Attn: Payroll
          880 Carillon Parkway.
          Saint Petersburg, FL 33716

1. THIS PLAN [Rule 3015.1 Notice]:
(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]      ( )YES  (X ) NO

(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE
      COLLATERAL FOR THE CLAIM. [See plan provision #7 and #8]      ( )YES (X ) NO

(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]      ( )YES (X ) NO

2. ADMINISTRATIVE EXPENSES: Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. AUTO INSURANCE: N/A

4. DOMESTIC SUPPORT: N/A

5. PRIORITY CLAIMS: N/A

6. HOME MORTGAGE CLAIMS: N/A

7. SECURED CLAIMS: N/A
[Retain lien pursuant to Title 11 section 1325(a)(5)      Value of Collateral:    Rate of Interest:    Monthly Plan Payment:

8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING: N/A
[Retain lien pursuant to Title 11 section 1325(a)]      Value of Collateral:    Rate of Interest:    Monthly Plan Payment:

9. SECURED DEBTS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL: N/A

10. SPECIAL CLASS UNSECURED CLAIMS: N/A

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM DEBT CLAIMS:**
**US Dept. Of Educ./Direct Loan Servicing  (X) General unsecured creditor**

12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON- PURCHASE MONEY SECURITY INTEREST(S)

HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):N/A

13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $27,454.18, includes Dept. Of Education**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIM IS: The Trustee shall determine the percentage to be paid after the passing of the final bar date.**

**16. THIS PLAN ASSUMES EXECUTORY CONTRACTS:**
**Makowsky, Ringel, Greenberg:** resume ongoing for April 2019 rent to be paid no later than 4/5/19, Approximate arrears: $1,485.00    .    .    .    .    .    **$25.00 per month.**

17. COMPLETION: Plan shall be completed upon payment of the above, approximately **60** months.

18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF THE PLAN.

19.  NON-STANDARD PROVISION: N/A
_____
ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.

/s/ Holly W. Schumpert                                         DATE: March 5, 2019
Debtor's Attorney